360 A.2d 661

COMMONWEALTH

v.

BRIGGS, Appellant.

Submitted December 16, 1975. Richard A. Consiglio, and Benton, Ratchford &

574

Consiglio, for appellant; William J. Haberstroh, Assistant District Attorney, and Amos C. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., and HOFFMAN, J., dissent.